**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KATHY MUMPOWER, on behalf of
herself and others similarly situated,

        Plaintiff,

v.                                         Case No.   3:19-cv-914-J-34MCR

ENHANCED RECOVERY COMPANY,
LLC, d/b/a ERC,

        Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 31; Stipulation) filed on March 31, 2020.  In the Stipulation, the parties request dismissal of this matter.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice** as to Plaintiff, and **DISMISSED without prejudice** as to any putative class members.

2. Each party shall bear that party's own fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of April, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

- 2 -

Copies to:

Counsel of Record